THE BROOKLYN DOCK AND TERMINAL COMPANY, Respondent, *v.* C H. BAHRENBURG et al., Composing the Copartnership of J. H. BAHRENBURG BROTHERS & COMPANY, Appellants.

*Brooklyn Dock & Terminal Co.* v. *Bahrenburg*, 135 App. Div. 799, affirmed.

(Submitted March 29, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 13, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action for rent.

*Henry Wetherhorn* for appellants.

*James C. Sheldon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

CHARLES MOSIER et al., Respondents, *v.* THE UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

*Mosier* v. *U. S. Fidelity & Guaranty Co.*, 134 App. Div. 849, affirmed.

(Argued March 29, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*George P. Keating* and *William J. Donovan* for appellant.

*Lincoln A. Groat* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.